UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VALENCIA GARNER,

        Plaintiff,

v.                                              Case No. 6:17-cv-1128-Orl-18KRS

ORLANDO/ORANGE COUNTY
CONVENTION CENTER, CENTRAL
INTELLIGENCE AGENCY, FEDERAL
PROTECTIVE SERVICE, and
WESTGATE LAKE RESORT,
        Defendants.

## ORDER

THIS CAUSE comes for consideration on Plaintiff Valencia Garner's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2), which the Court referred to United States Magistrate Karla R. Spaulding for a report and recommendation.

On June 22, 2017, the Magistrate Judge issued a Report and Recommendation (Doc. 3). Having reviewed the Report and Recommendation (Doc. 3) and there being no timely objections filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Karla R. Spaulding's Report and Recommendation (Doc. 3) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Plaintiff Valencia Garner's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2) is **DENIED**.

3. Plaintiff Valencia Garner's Complaint (Doc. 1) is **DISMISSED** with prejudice.

4. Plaintiff Valencia Garner is enjoined from filing any future lawsuits in this District unless she has obtained leave of this Court to file a complaint *pro se* or the complaint is filed on her behalf by an attorney who is a member of the bar of this Court.

5. The Clerk of Court is directed to **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida on this 27 day of July, 2017.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Parties